UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :
                                    :     INDICTMENT
        -v-                         :
                                    :     07 Cr.
MARIA DIAZ,                         :
   a/k/a "Socia,"                   :
   a/k/a "Miriam Diaz,"             :
                                    :     07CRIM. 717
             Defendant.             :
                                    :
                                    :
                                    :
- - - - - - - - - - - - - - - - - - x

**COUNT ONE**

The Grand Jury charges:

1. In or about September and October 2006, in the Southern District of New York and elsewhere, MARIA DIAZ, a/k/a "Socia," a/k/a "Miriam Diaz," the defendant, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that MARIA DIAZ, a/k/a "Socia," a/k/a "Miriam Diaz," the defendant, and others known and unknown, would and did distribute, and possess with intent to distribute, a controlled substance, to wit, 500 grams and more of mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(B).

Overt Acts

3. In furtherance of the conspiracy, and to effect the illegal object thereof, the following overt act, among others, was committed in the Southern District of New York and elsewhere:

a. On or about October 5, 2006, in the Bronx, New York, MARIA DIAZ, a/k/a "Socia," a/k/a "Miriam Diaz," spoke over the telephone with another co-conspirator not named as a defendant herein ("CC-1") about obtaining from CC-1 approximately two kilograms of cocaine.

(Title 21, United States Code, Section 846.)


**Forfeiture Allegation**

4. As a result of committing the controlled substance offense alleged in Count One of this Indictment, MARIA DIAZ, a/k/a "Socia," a/k/a "Miriam Diaz," the defendant, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in this Indictment.

**Substitute Asset Provision**

5. If any of the above-described forfeitable

property, as a result of any act or omission of MARIA DIAZ, a/k/a "Socia," a/k/a "Miriam Diaz," the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of MARIA DIAZ, a/k/a "Socia," a/k/a "Miriam Diaz," the defendant, up to the value of the above forfeitable property.

(Title 21, United States Code, Section 853.)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

3

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

MARIA DIAZ,
a/k/a "Socia,"
a/k/a "Miriam Diaz,"

Defendant.

INDICTMENT

07 Cr.

(Title 21, United States Code, Section 846)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____
Foreperson.

8/1/07 Filed Indictment. Case ~~assigned~~ assigned to Judge Kram.

Pitman
U.S.MJ