| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | FILED ELECTRONICALLY |

------------------------------------x
:
United States of America,               :
:          1:07-cr-00717-SWK
Plaintiff,    :
:
-against-             :          NOTICE OF APPEARANCE AND
:          REQUEST FOR ELECTRONIC
Maria Diaz                              :          NOTIFICATION
:
Defendant.    :
------------------------------------x

PLEASE TAKE NOTICE that Maria Diaz appears in the case captioned above by her counsel, Andrew Ceresney and Evan Hochberg of Debevoise & Plimpton LLP. The undersigned respectfully request that notice of electronic filing of all papers in the within action be transmitted to them at the address given below.

Dated: New York, New York
August 7, 2007

>                      DEBEVOISE & PLIMPTON LLP
>
>                      By: /s/ Andrew Ceresney
>                      _____
>                          Andrew Ceresney
>                          ajceresn@debevoise.com
>
>                          /s/ Evan Hochberg
>                      _____
>                          Evan Hochberg
>                          ehochber@debevoise.com
>                      919 Third Avenue
>                      New York, New York 10022
>                      (212) 909-6000
>
>                      *Attorneys for* Maria Diaz

TO:   All those receiving electronic notice

22533925v1