| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x<br><br>United States of America,<br><br>                        Plaintiff,<br><br>        -against-<br><br>Maria Diaz<br><br>                        Defendant.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | FILED ELECTRONICALLY<br><br>1:07-cr-00717-SWK<br><br>NOTICE OF APPEARANCE AND<br>REQUEST FOR ELECTRONIC<br>NOTIFICATION |

PLEASE TAKE NOTICE that Maria Diaz appears in the case captioned above by her counsel, Andrew Ceresney and Evan Hochberg of Debevoise & Plimpton LLP. The undersigned respectfully request that notice of electronic filing of all papers in the within action be transmitted to them at the address given below.

Dated: New York, New York
       August 7, 2007

                                      DEBEVOISE & PLIMPTON LLP

                                      By: /s/ Andrew Ceresney
                                              Andrew Ceresney
                                              ajceresn@debevoise.com

                                        /s/ Evan Hochberg

                                              Evan Hochberg
                                              ehochber@debevoise.com
                                        919 Third Avenue
                                        New York, New York 10022
                                        (212) 909-6000

                                        *Attorneys for* Maria Diaz

TO:    All those receiving electronic notice

22533925v1