**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

MEMO ENDORSED

August 16, 2007

So Ordered

X /s/ 8/22/2007
Part I Judge
**LAURA TAYLOR SWAIN U.S.D.J.**

VIA FACSIMILE
Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
50 Pearl Street
New York, N.Y. 10007

Re:  **United States v. Maria Diaz**
     **07 Cr. 717 (AKH)**

Dear Judge Hellerstein:

    The above-referenced case was originally assigned to Judge Shirley Wahl Kram and has recently been reassigned to Your Honor. The defendant, Maria Diaz, was arraigned in Magistrate court on August 9, 2007. We have spoken with your deputy, Brigitte Jones, and scheduled the next pre-trial conference for September 6, 2007 at 11 a.m. The Government has produced discovery to the defendant and anticipates that the defendant will need time to review the discovery and determine whether it has any motions to make at the next pre-trial conference.

    Accordingly, the Government respectfully requests, with defense counsel's consent, that the Court exclude time under the Speedy Trial Act from August 16, 2007 until September 6, 2007, because the ends of justice served by excluding time under the Speedy Trial Act outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8).

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: /s/ Arianna Berg
Arianna R. Berg
Assistant United States Attorney
(212) 637-2551

cc: Andrew Ceresney, Esq. (by fax)