



# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
Fax 212 909 6836
www.debevoise.com

September 5, 2007

*So ordered,*
*9-6-07*
*[signature]*

BY FACSIMILE

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

*United States v. Maria Diaz* 1:07-cr-00717 (AKH)

Dear Judge Hellerstein:

I represent Maria Diaz in the above-captioned case. The parties in this action were originally directed to appear for a pre-trial conference on September 6, 2007 at 11 AM. I hereby request that the pre-trial conference be adjourned to September 13, 2007 at 11 AM. The Government has consented to this adjournment and has asked me to convey its request that the Court exclude time under the Speedy Trial Act from September 6, 2007 until September 13, 2007.

Respectfully submitted,

By: _____
Andrew J. Ceresney
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
(212) 909-6000

cc:  Arianna R. Berg, Esq.
     Assistant U.S. Attorney

**MEMO ENDORSED**

*Accept that the conference will be held Sep. 13, 2007, at 11:00am.*
*[signature]*

22553853v1

New York • Washington, D.C. • London • Paris • Frankfurt • Moscow • Hong Kong • Shanghai