# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
Fax 212 909 6836
www.debevoise.com



RECEIVED
OCT 30 2007
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

October 30, 2007

So ordered, and
Time is excluded.
10.30.07
/s/ A.K. Hellerstein

BY FACSIMILE

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

*United States v. Maria Diaz* 1:07-cr-00717 (AKH)

Dear Judge Hellerstein:

We represent Maria Diaz in the above-captioned case. The parties in this action are scheduled to appear for a pre-trial conference on November 1, 2007 at 3:45 PM. We hereby request that the pre-trial conference be adjourned to November 16, 2007 at 11 AM. The Government has consented to this adjournment and has asked us to convey its request that the Court exclude time under the Speedy Trial Act from November 1, 2007 until November 16, 2007.

The parties previously have appeared before Your Honor for an initial pre-trial conference on September 21, 2007. There has been one previous request for an adjournment, which the Court granted, adjourning the initial pre-trial conference from September 6, 2007.

Respectfully submitted,

By: /s/
Andrew J. Ceresney
Evan Hochberg
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
(212) 909-6000

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/31/07

cc:   Arianna R. Berg, Esq.
      Assistant U.S. Attorney

22594956v1

New York • Washington, D.C. • London • Paris • Frankfurt • Moscow • Hong Kong • Shanghai