# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
Fax 212 909 6836
www.debevoise.com

January 15, 2008



BY FACSIMILE

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

United States v. Maria Diaz, 07 CR 717 (AKH)

Dear Judge Hellerstein:

We represent Maria Diaz in the above-captioned case. The parties in this action are scheduled to appear for a pre-trial conference on January 16, 2008 at 9:30 AM. We write on behalf of all parties to request that the pre-trial conference be adjourned for approximately six weeks. The parties make this request in order to continue discussions towards a possible disposition of this case. We consent to exclusion of time under the Speedy Trial Act. This is the first request for an adjournment of this conference.

Respectfully submitted,

By: _____
Andrew J. Ceresney
Evan Hochberg
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
(212) 909-6000

cc: Arianna R. Berg, Esq.
    Assistant U.S. Attorney

*The conf. is adjourned,
and time is excluded,
to February 22, 2008
at 11:00 a.m.*

1-16-08
/s/ Alvin K. Hellerstein

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/08

New York • Washington, D.C. • London • Paris • Frankfurt • Moscow • Hong Kong • Shanghai