# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
Fax 212 909 6836
www.debevoise.com

February 21, 2008

BY FACSIMILE

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007



RECEIVED FEB 21 2008 CHAMBERS OF ALVIN K. HELLERSTEIN U.S.D.J.

USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: 2/22/08

United States v. Maria Diaz, 07 CR 717 (AKH)

Dear Judge Hellerstein:

We represent Maria Diaz in the above-captioned case. The parties in this action are scheduled to appear for a pre-trial conference on February 22, 2008 at 11:00 AM. We write on behalf of all parties to request that the pre-trial conference be adjourned for approximately six weeks. The parties make this request in order to continue discussions towards a possible disposition of this case. We consent to exclusion of time under the Speedy Trial Act. This is the second request for an adjournment of this conference.

Respectfully submitted,

**MEMO ENDORSED**

By: Shanya J. Dingle /ACD
Andrew J. Ceresney
Shanya Dingle
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
(212) 909-6000/6046

cc: Arianna R. Berg, Esq.
    Assistant U.S. Attorney

*The conf'ce adjourned and time is excluded, to April 4, 2008, at 12:00pm.*

*2-22-08*
*[signature]*

22676021v1

New York • Washington, D.C. • London • Paris • Frankfurt • Moscow • Hong Kong • Shanghai