UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

    USA

                            Plaintiff,        1:07 CR 717 (AKH)

                                                             ~~CIVIL~~     (   )

        -against-

    Diaz

                            Defendant.
-------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Evan Hochberg__

☒ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: __EH 4128__

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☒ *Law Firm/Government Agency Association*

    From: __Debevoise & Plimpton LLP__

    To: __New York City Law Department, Legal Counsel Division__

    ☐ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☒ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☒ *Address:* __100 Church Street, New York, NY 10007-2601__

☐ *Telephone Number:* __Pending; will advise__

☐ *Fax Number:* __Pending; will advise__

☐ *E-Mail Address:* __Pending; will advise__

Dated: __2/26/2008__                     */s/ Evan Hochberg*