**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

    USA

                  Plaintiff,           1:07 CR 717 (AKH)

                                         **CIVIK**    (   )

        -against-

    Diaz

                  Defendant.

-------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: ____ Evan Hochberg _____

☒   *Attorney*

      ☒   I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
          EH 4128

      ☐   I am a Pro Hac Vice attorney

      ☐   I am a Government Agency attorney

☒   *Law Firm/Government Agency Association*

    From:    Debevoise & Plimpton LLP

    To:    New York City Law Department, Legal Counsel Division

      ☐   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

      ☒   I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☒   *Address:*  100 Church Street, New York,NY  10007-2601

☐   *Telephone Number:*  Pending; will advise

☐   *Fax Number:*  Pending; will advise

☐   *E-Mail Address:*  Pending; will advise

Dated:  2/26/2008