

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 3, 2008

The conf is adjourned,
all time is excluded,
to May 13, 2008,
at 11:00 am.

4-3-08
[signature]

VIA FACSIMILE

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

    Re: **United States v. Maria Diaz** 07 Cr. 717 (SWK)

Dear Judge Hellerstein:

    We write to respectfully request a six-week adjournment of this matter. We are scheduled to appear for a pre-trial conference on April 4, 2008 at 12 p.m. The parties make this request in order to continue discussions towards a possible disposition of this case. I have spoken with defense counsel and she has indicated that she consents to the exclusion of time under the Speedy Trial Act.

    Respectfully submitted,

    MICHAEL J. GARCIA
    United States Attorney

By: [signature]
Arianna R. Berg
Assistant United States Attorney
(212) 637-2551

cc: Shanya Dingle, Esq.

**MEMO ENDORSED**

TOTAL P.002