| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x<br>                                            :<br>United States of America,                 :<br>                                            :<br>                      Plaintiff,           :<br>                                              :<br>          -against-                 :<br>                                            :<br>Maria Diaz                              :<br>                                            :<br>                      Defendant.   :<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x | FILED ELECTRONICALLY<br><br>1:07-cr-00717-SWK<br><br>NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION |

       PLEASE TAKE NOTICE that Maria Diaz appears in the case captioned above by her counsel, Shanya Dingle of Debevoise & Plimpton LLP. The undersigned respectfully requests that notice of electronic filing of all papers in the within action be transmitted to her at the address given below.

Dated: New York, New York
       April 10, 2008

                                        DEBEVOISE & PLIMPTON LLP

                                        By:  /s/ Shanya Dingle
                                        _____
                                        Shanya Dingle
                                        sjdingle@debevoise.com

                                        919 Third Avenue
                                        New York, New York 10022
                                        (212) 909-6000

                                        *Attorney for* Maria Diaz

TO:   All those receiving electronic notice

22705781v2