

DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax 212 909 6836
www.debevoise.com

April 14, 2008



Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USA v. Maria Diaz – 07 Cr. 717
Withdrawal of Attorney

Dear Judge Hellerstein:

Please be advised that, pursuant to the attached Notice, Evan Hochberg, Esq., is no longer employed by the firm of Debevoise & Plimpton LLP, the attorneys for Maria Diaz, defendant in the captioned matter.

I am currently one of the attorneys of record in the subject action and I hereby respectfully request your permission to have Evan Hochberg's name be removed from the court's docket and ECF electronic mailing list. Will you please, therefore, signify your approval of this withdrawal by having this letter memo endorsed so that the clerk may modify and update the court's records.

Thank you for your courtesy and cooperation.

Respectfully submitted,

Shanya Dingle

Attachment

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

USA

                    Plaintiff,          1:07 CR 717 (AKH)

                                            ~~CIVIL~~       (    )

-against-

Diaz

                    Defendant.
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:   Evan Hochberg

☒ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: EH 4128

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☒ *Law Firm/Government Agency Association*

    From:   Debevoise & Plimpton LLP

    To:   New York City Law Department, Legal Counsel Division

    ☐ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☒ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒ *Address:*   100 Church Street, New York, NY 10007-2601

☐ *Telephone Number:*   Pending; will advise

☐ *Fax Number:*   Pending; will advise

☐ *E-Mail Address:*   Pending; will advise

Dated: 2/26/2008           *Evan Hochberg* (signature)