UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X
                                   :
UNITED STATES OF AMERICA           :
                                   :
        v.                         :   S1 07 Cr. 717  (AKH)
                                   :
MARIA DIAZ,                        :
    a/k/a "Socia,"                 :
    a/k/a "Miriam Diaz,"           :
                                   :
            Defendant.             :
                                   :
- - - - - - - - - - - - - - - - - X

       The above-named defendant, who is accused of violating Title 21, United States Code, Section 843(b), being advised of the nature of the charges and of her rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by Information instead of by Indictment.

```
                            _____
                            MARIA DIAZ
                            Defendant

                            _____
                            Witness

                            _____
                            Jack Goldberg, Esq.
                            Counsel for Defendant
```

Date:  New York, New York
       July 18, 2008

0202

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 1 8 2008