```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x
                                      :
UNITED STATES OF AMERICA              :   Superseding
                                      :   INFORMATION
          -v-                         :
                                      :   S1 07 Cr. 717 (AKH)
MARIA DIAZ,                           :
  a/k/a "Socia,"                      :
  a/k/a "Miriam Diaz,"                :
                                      :
          Defendant.                  :
                                      :
- - - - - - - - - - - - - - - - - - - x
                        COUNT ONE
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

The United States Attorney charges:

1. On or about October 5, 2006, in the Southern District of New York, MARIA DIAZ, a/k/a "Socia," a/k/a "Miriam Diaz," the defendant, unlawfully, intentionally and knowingly used a communication facility, to wit, a telephone, in committing and in causing and facilitating the commission of an act and acts constituting a felony under Title 21, United States Code, Sections 841(a)(1) and 846, to wit, distributing and possessing with intent to distribute cocaine and conspiracy to possess with intent to distribute cocaine, to wit, MARIA DIAZ, a/k/a "Socia," a/k/a "Miriam Diaz," the defendant, used a telephone to facilitate the possession with intent to distribute and the distribution of cocaine.

(Title 21, United States Code, Section 843(b) and (d)(1); Title 18, United States Code, Section 2.)

*Michael J. Garcia* (signature)
MICHAEL J. GARCIA
United States Attorney

7/18/08 Waiver + information filed. Deft arraigned on S1 07Cr717 information. Deft pres. w/atty Jeck Goldberg; AUSA, Arianna Berg pres., Court reporter Jennifer Thun pres., Deft enters a plea of guilty to S1 07Cr717 information. PSI ordered; Sentencing set for